UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bigos-Lou Park II, LLC,

Plaintiff,

v.

CBS Construction Services, Inc.,
Northwest Asphalt, Braun Intertec Corporation,
Cole Group Architects, Otten Realty, Inc.,
Terry Bros., Inc. and Daniel F. Otten,

Defendants.

Civil 00-2556 MJD/SRN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: November 22, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED NOV 2 2 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER 00-2556 MJD/AJB

Use this case number for all further filings.