UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BIGOS-LOU PARK II, L.L.C.,

Plaintiff,

v.

CBS CONSTRUCTION SERVICES INC., ET AL.,

Defendants.

Civil No. 00-2556 MJD/AJB

NOTICE OF HEARING

---

Per the request of all the parties in the above captioned case, you are hereby given notice that a telephone conference will be held on August 14, 2001, at 9:00 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

The parties may submit a brief confidential letter setting forth their party's position regarding finalizing the settlement and releases. Plaintiff's counsel shall initiate the telephonic conference by calling Chambers at (651) 848-1210.

Dated: 8/3/01

Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge

Filed AUG 03 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500