**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Bigos–Lou Park II, L.L.C., Civil No. 00-2556 MJD/AJB

Plaintiff,

v. **ORDER**

CBS Construction Services, Inc., et al.,

Defendants.

This action is before the Court for scheduling on submission of letter arguments relating to settlement of this action. Parties were previously advised on this schedule by telephone conference on August 14, 2001, with the Court, Magistrate Judge Arthur J. Boylan, sitting at the U.S. Courthouse, 316 No. Robert St., St. Paul, MN 55101. Disputes have now arisen regarding terms of the written settlement documents and releases.

**IT IS HEREBY ORDERED THAT** this matter shall be construed as a cross-motion to enforce settlement. Therefore:

1. Confidential letters which have been submitted to the Court with respect to the disputes now before the Court shall be immediately served upon each of the parties to this action and settlement agreement.

2. The parties shall have until 4:30 p.m. on August 17, 2001, to serve and submit supplemental letter memorandums to the Court. Such letters shall not exceed three single spaced pages in length.

AUG 15 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Parties shall thereafter have until 4:30 p.m. on August 21, 2001, to serve and submit responsive letters. Such letters shall not exceed two single spaced pages in length. At that time the motion will be taken under advisement.

Dated: 8/14/01

Arthur J. Boylan
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500