**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Bigos–Lou Park II, L.L.C., Civil No. 00-2556 MJD/AJB

Plaintiff,

v. **ORDER**

CBS Construction Services, Inc., et al.,

Defendants.

This action is before the Court for scheduling on submission of letter arguments relating to settlement of this action. Parties were previously advised on this schedule by telephone conference on August 14, 2001, with the Court, Magistrate Judge Arthur J. Boylan, sitting at the U.S. Courthouse, 316 No. Robert St., St. Paul, MN 55101. Disputes have now arisen regarding terms of the written settlement documents and releases.

**IT IS HEREBY ORDERED THAT** this matter shall be construed as a cross-motion to enforce settlement. Therefore:

1. Confidential letters which have been submitted to the Court with respect to the disputes now before the Court shall be immediately served upon each of the parties to this action and settlement agreement.

2. The parties shall have until 4:30 p.m. on August 17, 2001, to serve and submit supplemental letter memorandums to the Court. Such letters shall not exceed three single spaced pages in length.

AUG 15 2001
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

3. Parties shall thereafter have until 4:30 p.m. on August 21, 2001, to serve and submit responsive letters. Such letters shall not exceed two single spaced pages in length. At that time the motion will be taken under advisement.

Dated: 8/14/01

Arthur J. Boylan
United States Magistrate Judge