UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bigos-Lou Park II, LLC,
Minnesota limited liability company,

Court File No. 00-CV-2556 MJD/AJB

Plaintiff,

v.

CBS Construction Services, Inc., a Minnesota corporation,
Northwest Asphalt, Inc., a Minnesota corporation,
Braun Intertec Corporation, a Minnesota corporation,
Cole Group Architects, a Minnesota corporation,
Otten Realty, Inc., a Minnesota corporation,
Terry Bros., Inc. a Minnesota corporation,
and Daniel F. Otten, individually,

Defendants.

---

## STIPULATION AND ORDER FOR DISMISSAL

---

The parties to the above-captioned action, by their respective counsel of record, hereby stipulate and agree that all claims, counterclaims, and cross-claims asserted therein may, and are hereby, dismissed with prejudice and on the merits without costs, disbursements or attorneys' fees being awarded to any party.

The parties also prey this Court enter an Order retaining jurisdiction to enforce the parties' rights under the Settlement Agreement.

Dated: 9/14/01

Ilsley Daniel Colton (#223116)
of LEONARD, STREET AND DEINARD

2097966v3



OCT 03 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 10-3-2001

150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

***Attorneys for Plaintiff Bigos-Lou Park II, LLC***

Dated: 9/18/01 ____________________

Michael B Lapicola

Delmar R. Ehrich (#148660)
Michael B. Lapicola (#0286783)
of FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

***Attorneys for CBS Construction Services, Inc.***

Dated: ____________________

____________________

Scott G. Knudson (#141987)
Gregory M. Bistram (#8503)
2200 First National Bank Building
St. Paul, MN 55101
Telephone: (651) 223-6600

***Attorneys for Northwest Asphalt, Inc.***

Dated: ____________________

____________________

John B. Lunseth, II (#65341)
Robert B. Jaskowiak (#167897)
of RIDER BENNETT EGAN & ARUNDEL, LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 340-7984

***Attorneys for Braun Intertec Corporation***

150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

***Attorneys for Plaintiff Bigos-Lou Park II, LLC***

Dated: 9/18/01

Delmar R. Ehrich (#148660)
Michael B. Lapicola (#0286783)
of FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

***Attorneys for CBS Construction Services, Inc.***

Dated: 9/20/01

Scott G. Knudson (#141987)
Gregory M. Bistram (#8503)
2200 First National Bank Building
St. Paul, MN 55101
Telephone: (651) 223-6600

***Attorneys for Northwest Asphalt, Inc.***

Dated: ____________

John B. Lunseth, II (#65341)
Robert B. Jaskowiak (#167897)
of RIDER BENNETT EGAN & ARUNDEL, LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 340-7984

***Attorneys for Braun Intertec Corporation***

150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

*Attorneys for Plaintiff Bigos-Lou Park II, LLC*

Dated: 9/18/01 ________________

Michael B Lapicola

Delmar R. Ehrich (#148660)
Michael B. Lapicola (#0286783)
of FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

*Attorneys for CBS Construction Services, Inc.*

Dated: 9/20/01 ________________

Scott G. Knudson

Scott G. Knudson (#141987)
Gregory M. Bistram (#8503)
2200 First National Bank Building
St. Paul, MN 55101
Telephone: (651) 223-6600

*Attorneys for Northwest Asphalt, Inc.*

Dated: September 24, 2001 ________________

________________

John B. Lunseth, II (#65341)
Robert B. Jaskowiak (#167897)
of RIDER BENNETT EGAN & ARUNDEL, LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 340-7984

*Attorneys for Braun Intertec Corporation*

2097966v3

Dated: 9/19/01

John M. Harens (#41269)
Holly J. Newman (#026457X)
of MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, Minnesota 55415
Telephone: (612) 673-0148

***Attorneys for Defendant Cole Group Architects***

Dated: ____________________

Charles N. Nauen (#121216)
Martin A. Carlson (#0299650)
of LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

***Attorneys for Otten Realty, Inc. and Daniel F. Otten***

Dated: ____________________

Daniel B. Greenstein (#142104)
of STANDKE, GREENE & GREENSTEIN, LTD.
17717 Highway 7
Minnetonka, MN 55345
Telephone: (952) 474-3221

***Attorneys for Terry Bros., Inc.***

ORDER FOR DISMISSAL

Pursuant to the above Stipulation for Dismissal, all claims, counterclaims and

Dated: ______________________

______________________________

John M. Harens (#41269)
Holly J. Newman (#026457X)
of MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, Minnesota 55415
Telephone: (612) 673-0148

***Attorneys for Defendant Cole Group Architects***

Dated: 9/19/01

______________________________

Charles N. Nauen (#121216)
Martin A. Carlson (#0299650)
of LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

***Attorneys for Otten Realty, Inc. and Daniel F. Otten***

Dated: ______________________

______________________________

Daniel B. Greenstein (#142104)
of STANDKE, GREENE & GREENSTEIN, LTD.
17717 Highway 7
Minnetonka, MN 55345
Telephone: (952) 474-3221

***Attorneys for Terry Bros., Inc.***

ORDER FOR DISMISSAL

Pursuant to the above Stipulation for Dismissal, all claims, counterclaims and

Dated: ____________________ ______________________________

John M. Harens (#41269)
Holly J. Newman (#026457X)
of MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, Minnesota 55415
Telephone: (612) 673-0148

***Attorneys for Defendant Cole Group Architects***

Dated: ____________________ ______________________________

Charles N. Nauen (#121216)
Martin A. Carlson (#0299650)
of LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

***Attorneys for Otten Realty, Inc. and Daniel F. Otten***

Dated: 9/20/01 ______________________________

Daniel B. Greenstein (#142104)
of STANDKE, GREENE & GREENSTEIN, LTD.
17717 Highway 7
Minnetonka, MN 55345
Telephone: (952) 474-3221

***Attorneys for Terry Bros., Inc.***

ORDER FOR DISMISSAL

Pursuant to the above Stipulation for Dismissal, all claims, counterclaims and



FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

cross-claims asserted in the above-captioned matter are dismissed with prejudice and on the merits, without costs, disbursements or attorneys' fees to any party. This Court will retain jurisdiction to enforce the parties' respective rights under the Settlement Agreement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Oct. 3, 2001

BY THE COURT

Judge of District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500