# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bigos-Lou Park II, LLC,
Minnesota limited liability company,

Plaintiff,

Case No. Civil 00-CV-2556 MJD/AJB

v.

**JUDGMENT IN A CIVIL CASE**

CBS Construction Services, Inc., a Minnesota corporation,
Northwest Asphalt, Inc., a Minnesota corporation,
Braun Intertec Corporation, a Minnesota corporation,
Cole Group Architects, a Minnesota corporation,
Otten Realty, Inc., a Minnesota corporation,
Terry Bros., Inc. a Minnesota corporation,
and Daniel F. Otten, individually,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that Pursuant to the above Stipulation for Dismissal, all claims, counterclaims and cross-claims asserted in the above-captioned matter are dismissed with prejudice and on the merits, without costs, disbursements or attorneys' fees to any party. This Court will retain jurisdiction to enforce the parties' respective rights under the Settlement Agreement.**

DATE: October 3, 2001

FRANCIS E. DOSAL, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk